**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

SUZANNE GOLDA-MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

ELISA MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

March 27, 2020

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Anne E. Thompson
United States District Court Judge
United States Courthouse
402 East State Street, Room 4000
Trenton, New Jersey 08608

RE: Tamir Rasheed Jackson
DKT NO: 13-00318-001

**RESPONSE TO OFFENDER'S MOTION**
**FOR EARLY TERMINATION**

Dear Judge Thompson:

I am responding to the above-named offender's request for early termination of supervision. On July 16, 2004, Tamir Rasheed Jackson was placed on supervised release by the Honorable James Knoll Gardner, in the Eastern District of Pennsylvania, for a term of 120 months, for the following convictions: count one: conspiracy to distribute and to possess with intent to distribute 50 grams or more of heroin within 1000' of a public housing facility; count two: possessing a firearm in furtherance of a drug trafficking crime; count four: possession with intent to distribute 50 grams or more of "crack"; and count five: possessing a firearm in and affecting commerce as convicted felon. On October 28, 2011, his term of supervised release commenced with the Court imposed standard conditions of supervision, along with the following special conditions:

Substance Abuse Testing and Drug Treatment, Financial Disclosure, No New Debt/Credit, Special Assessment $400.00, Fine $500.00.

Since the commencement of supervision, the offender has complied with his Court-ordered conditions of supervised release, except for a recent positive for marijuana use in November 2019. He has since tested negative for substance use.  Mr. Jackson maintains a stable residence at 201 Oak Street, Weehawken, New Jersey, and consistent self-employment, operating a freight transport company called Imperial Transport Services. He has provided our office with detailed employment verification and has no arrests for new criminal conduct. In addition, he has satisfied his financial obligations.

Title 18 United States Code, Sections 3564(c) and 3583(e)(1) permits the Court to terminate probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Sections 3564(c) and 3583(e)(1) do not require "exceptional conduct" to justify early termination, and instead, direct district courts to consider the factors at 18 U.S.C § 3553(a).

*Early Termination Response*
*Tamir Rasheed Jackson   page 2*

Additionally, the *Guide*, Vol. 8, Ch. 3, Section 360.20(c) endorses six criteria to determine if an offender satisfies the minimal statutory factors to be considered for early termination, as follows:

> (1) The person does not meet the criteria of a career drug offender or career criminal as described in 28 U.S.C. § 994(h) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

In reviewing the offender's background and history of supervision, the offender does meet the minimal criteria for early termination other than his recent marijuana use non-compliance. Below is a check list for Your Honor's consideration and response. If Your Honor wishes to discuss this matter, please contact the undersigned officer at 862-229-5578.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer


By: Julie Chowdhury
    U.S. Probation Officer

/jc

____   Early termination granted. Supervision term to end immediately.

✓   Early termination Denied. Supervision to be continued.


_____
         Anne E. Thompson

_____
         3/27/2020
              Date